RICHARD KENNET, Appellant, *v.* ISAAC SOSSNITZ, Respondent.

Argued June 2, 1941; decided July 29, 1941.

*John J. Tullman* and *R. Robert Caplan* for appellant.
*Frederick Mellor* and *John S. Bennett* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and LEWIS, JJ. CONWAY and DESMOND, JJ., dissent and vote to reverse the judgment of the Appellate Division and reinstate the verdict on the dissenting opinion of Mr. Justice DORE in the Appellate Division.